FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In the Matter of: BELLINGHAM INSURANCE AGENCY, INC., <br><br> Debtor, <br><br>――――――――――――――――――<br><br> EXECUTIVE BENEFITS INSURANCE AGENCY, <br><br> Appellant, <br><br> v. <br><br> PETER H. ARKISON, TRUSTEE, solely in his capacity as Chapter 7 Trustee of the estate of Bellingham Insurance Agency, Inc., <br><br> Appellee. | No. 11-35162 <br><br> D.C. No. 2:10-cv-00929-MJP <br> Western District of Washington, Seattle <br><br><br> ORDER |

Before: KOZINSKI, Chief Judge, PAEZ, Circuit Judge, and COLLINS, District Judge.\*

The court invites supplemental briefs by any amicus curiae addressing the

following questions: Does *Stern v. Marshall*, 131 S. Ct. 2594 (2011), prohibit

bankruptcy courts from entering a final, binding judgment on an action to avoid a

fraudulent conveyance? If so, may the bankruptcy court hear the proceeding and

submit a report and recommendation to a federal district court in lieu of entering a final judgment?

Any briefs responding to this order shall be filed no later than thirty days from the filed date of this order. All briefs shall comply with the page or type-volume limitations specified in Federal Rules of Appellate Procedure 29(d) and 32(a)(7). Any person or entity wishing to file a brief as an amicus curiae in response to this order is granted leave to do so pursuant to Federal Rule of Appellate Procedure 29(a).